J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA  95695
530 666 1908
yoloconflict@aol.com

Attorney for Kadesta Harris-

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>KADESTA HARRIS<br><br>            Defendant. | Cr. No.  S- 11-458 GEB<br><br>**Proposed Order to Continue Sentence**<br><br>**(February 14,2014 before Judge Burrell)** |

The parties stipulate the present sentencing date of November 15, 2013 be vacated and the case be continued to February 14, 2014 at 9:30 AM and respectfully request the Court so order.

Dated November 13, 2013

  /s/ MICHAEL BECKWITH                        /S/ J TONEY
    Michael Beckwith                             J Toney
Assistant U.S. Attorney                      Attorney for Kadesta Harris

SO ORDERED.

Dated:  November 14, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1